*William J. Moran, III,* with him *Hillegass & Moran,* for appellant.

*Peter A. Glascott,* Assistant County Solicitor, with him *Samuel S. Gray,* County Solicitor, for county, appellee.

*Carl L. Mease,* Assistant Attorney General, for Commonwealth, Department of Health and Welfare, appellee.

OPINION PER CURIAM, April 22, 1970:
Judgment affirmed.

Upper Mount Bethel Township Condemnation Case.
Pennsylvania Fish Commission Appeal.

Argued January 20, 1970. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

542

*Jackson M. Sigmon,* Special Deputy Attorney General, with him *Edward Friedman,* Counsel General, and *William C. Sennett,* Attorney General, for Pennsylvania Fish Commission, appellant.

*Norman Seidel,* with him *Daniel E. Cohen,* for appellee.

OPINION PER CURIAM, April 22, 1970:
Affirmed.
Mr. Justice JONES and Mr. Justice COHEN dissent.

Lindsey Estate.

Argued January 7, 1970.   Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*W. Joseph Harrison, III,* for appellant.